**Henry L. Sweitz and Margaret J. Sweitz, Appellants, v. Chicago Title and Trust Company, as Depositary Under Escrow No. 239475, Defendant, and Marshall A. Levy, Doing Business As Federal Finance Association, Appellee.**

Gen. No. 47,815.

First District, Second Division.

April 5, 1960.

Rehearing denied October 10, 1960.

Hurford, Feigenholtz, and Busch, and Hirsch E. Soble, for plaintiffs-appellants; Collen, Kessler, and Kadison (Mark A. Greenhouse and Lawrence Ripes, of counsel) for defendant-appellee. Opinion by PRESIDING JUSTICE MURPHY. Not to be published in full.